# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH WATKINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUMMIT CAPITAL ADVANCE LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-08845<br><br>**CLASS ACTION COMPLAINT** |

## **NOTICE OF APPEARANCE**

　　Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: July 29, 2025　　　　　　PLAINTIFF, on behalf of herself
　　　　　　　　　　　　　　　　and others similarly situated,


　　　　　　　　　　　　　　　　*/s/ Anthony Paronich*
　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　Telephone: (617) 485-0018
　　　　　　　　　　　　　　　　Facsimile: (508) 318-8100