**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kenneth Watkins

                              Plaintiff,

v.                                                                Case No.: 1:25−cv−08845

                                                                     Honorable LaShonda A. Hunt

Summit Capital Advance LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Attorney Anthony I. Paronich's appearance [4] is stricken because it is not filed on the court−approved form as required by Local Rule 83.16. Attorney Paronich is instructed to promptly file an appearance on the court−approved Attorney Appearance Form, which is available for download on the Court's website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.