# UNITED STATES DISTRICT COURT
for the
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH WATKINS,** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **SUMMIT CAPITAL ADVANCE LLC,** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:25-cv-08845 |

## AFFIDAVIT OF SERVICE

I, Dustin Looper, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Summit Capital Advance LLC in Sheridan County, WY on July 31, 2025 at 2:42 pm at 30 N Gould St, Ste R, Sheridan, WY 82801 by leaving the following documents with Savannah Bell who as Registered agent clerk at Registered Agents Inc is authorized by appointment or by law to receive service of process for Summit Capital Advance LLC.

Class Action Complaint,
Attorney Appearance Form
Summons In A Civil Action
Civil Cover Sheet
Class Action Complaint

White Female, est. age 35-44, glasses: N, Blonde hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=44.7976853326,-106.9545383939
Photograph: See Exhibit 1

Total Cost: $250.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Sheridan County, WY on 8/1/2025.

/s/ *Dustin Looper*
Signature
Dustin Looper
+1 (307) 751-0407



Exhibit 1a)